UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EMMETT C. KELLY, II | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| SEADRILL AMERICAS, INC. | § | MAGISTRATE: _____ |

## SEAMAN'S SUIT

NOW INTO COURT, by and through undersigned counsel, comes plaintiff, EMMETT C. KELLY, II, a person of the full age of majority, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §688, *et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named defendant is SEADRILL AMERICAS, INC. (hereinafter Seadrill), a corporation engaged in the business of offshore deepwater drilling.

3.

On or about September 15, 2010, plaintiff, Emmett C. Kelly, II, was employed by the defendant, Seadrill, as an electrician assigned to the WEST EMINENCE, a deepwater drilling semi-submersible.

4.

On or about September 15, 2010, the WEST EMINENCE, was a vessel owned, operated and/or controlled by the defendant, Seadrill, and was operating in the navigable waters of the Atlantic Ocean.

5.

While in the service of the vessel and his employer's interests, plaintiff slipped and fell aboard the vessel sustaining severe injuries to his person, including but not limited to his head, neck, shoulder and back.

6.

A cause of this accident was the fault and/or negligence attributable to the defendant, Seadrill, in the following non-exclusive respects:

    a.    failing to provide the plaintiff with a safe place to work;

    b.    failing to give proper and appropriate warnings to the plaintiff;

    c.    failing to adequately plan the operation ongoing at the time of the incident;

    d.    other negligent acts and/or omissions to be shown at the trial of this action.

7.

A proximate cause of this accident herein was the unseaworthiness of the WESTERN EMINENCE and its appurtenances, in particular, the slippery conditions

caused from the vessel's drains backing up.

8.

This accident occurred while plaintiff, a seaman, was in the service of the vessel entitling him to receive maintenance and cure benefits.

9.

As a result of the above and foregoing negligent acts and/or omissions, plaintiff, Emmett C. Kelly II, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

    a.    Past and future loss of wages and benefits;

    b.    Impairment of future earning capacity;

    c.    Physical pain and suffering;

    d.    Mental and emotional pain and suffering;

    e.    Past and future medical expenses;

    f.    Permanent disability;

    g.    Loss of enjoyment of life; and,

    h.    Additional damages to be shown at the trial of this action.

10.

Plaintiff, a seaman, requests a trial by jury.

11.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, plaintiff, EMMETT C. KELLY II, prays for judgement herein and against defendant, SEADRILL AMERICAS, INC. and that defendant be duly cited and served with a copy of this Seaman's Suit, that they be cited to appear and answer same

within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of plaintiff, EMMETT C. KELLY II, and against defendant herein, SEADRILL AMERICAS, INC. in the total sum of FIVE MILLION ($5,000,000.00) DOLLARS, plus interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC


*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Service of the complaint and summons will be in accordance with the Federal Rules of Civil Procedure.

*/s/ Rhett E. King*